**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA, : No. 52 WAL 2014
                                               :
               Respondent         :
                                                 : Petition for Allowance of Appeal from the
                                                 : Order of the Superior Court
                 v.                       :
                                               :
                                               :
RITA K. OLIVER,                       :
                                               :
               Petitioner           :


## **ORDER**


**PER CURIAM**

       **AND NOW**, this 30th day of July, 2014, the Petition for Allowance of Appeal is **DENIED**.